**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL D. BAILEY,

    Plaintiff,

vs.                              CASE NO. 6:07-CV-1606-ORL-19KRS

FINAL TOUCH ACRYLIC SPRAY
DECKS, INC., GLENN SADOWSKI,

    Defendants.

---

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 32, filed August 13, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 32) is **ADOPTED and AFFIRMED.** Plaintiff's Motion for Sanctions Pursuant to Rule 37(d), Federal Rules of Civil Procedure (Doc. No. 29, filed July 14, 2008) is **GRANTED IN PART as follows:**

    1.    The Defendants' Answer (Doc. No. 7, filed November 7, 2007) is **STRICKEN only as to Defendant Final Touch.** The Clerk is **DIRECTED** to enter default against Defendant Final Touch Acrylic Spray Decks, Inc.

    2.    Defendant Glenn Sadowski is hereby **ORDERED** to serve the following **on or before the August 26, 2008 mediation:**

        a.    written responses to Plaintiff's Request for Production of Documents and production of all responsive documents, and

        b.    written responses to Plaintiff's First Set of Interrogatories that are

       signed under oath.

    c.    Defendant Glenn Sadowski is **ORDERED** to appear for his deposition at the following place and time: **September 2, 2008, at 10:00 a.m. at the Pantas Law Firm,** 250 N. Orange Ave., 11th Floor, Orlando, FL 32801.

Plaintiff's Motion for Sanctions (Doc. No. 29) is **DENIED** in all other respects.

Pursuant to Fed. R. Civ. Pr. 16(f)(1)(C) Defendant Glenn Sadowski is advise that his failure to comply with this Order could result in further sanctions, including entry of a default and a default judgment against him.

**DONE AND ORDERED** at Orlando, Florida, this ___25th___ day of August, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record