**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL D. BAILEY,

    Plaintiff,

vs.                                  CASE NO. 6:07-CV-1606-ORL-19

FINAL TOUCH ACRYLIC SPRAY
DECKS, INC., GLENN SADOWSKI,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 48, filed November 15, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 48) is **ADOPTED and AFFIRMED.** Plaintiff Michael D. Bailey's Oral Motion for Entry of Default as to Defendant Glenn Sadowski is **GRANTED,** and the Clerk of Court shall enter a default against Defendant Glenn Sadowski. The Clerk of Court is also directed to mail al copy of this Report and Recommendation to Defendant Glenn Sadowski at his address of record.

**DONE AND ORDERED** at Orlando, Florida, this   17th   day of November, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record